In the Matter of MICHAEL F. O'DAY, Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued January 10, 1955; decided January 21, 1955.

*Alvin McKinley Sylvester, Philip Wilens* and *Emanuel D. Black* for appellants.

*Solomon H. Friesner* and *Nathaniel Kaplan* for respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FROESSEL and VAN VOORHIS, JJ. FULD, J., dissents and votes to reverse and to reinstate the determination of the State Liquor Authority. Taking no part: BURKE, J.